IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICK RICHARD KABBASH,
A#078-771-124

      Petitioner,

v.                                   Case No. 4:15cv318-MW/CAS

LORETTA LYNCH, et al.,

      Respondents.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11 Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The § 2241 petition filed by Petitioner Patrick Richard Kabbash is **DISMISSED as moot** inasmuch as Petitioner has been released from detention

1

and the relief sought in the petition has been granted. The Clerk shall close the file.

**SO ORDERED on October 15, 2015.**

**s/Mark E. Walker**  
**United States District Judge**